ACCEPTED
04-14-00649-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/7/2015 9:52:47 PM
KEITH HOTTLE
CLERK

## No. 04-14-00649-CR

| | | |
|---|---|---|
| **ALEX GONZALES,** | § | **FROM THE 186TH DISTRICT COURT** |
| **Appellant** | § | |
| | § | |
| **v.** | § | **BEXAR COUNTY, TEXAS** |
| | § | |
| **STATE OF TEXAS** | § | |
| **Respondent.** | § | **TRIAL COURT CAUSE NO. 2013-CR-7573** |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/7/2015 9:52:47 PM
KEITH E. HOTTLE
Clerk

### AGREED FIRST MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF THE FOURTH COURT OF APPEALS:**

COMES NOW, ALEX GONZALES, Appellant, and files this motion for an extension of time in which to file his brief pursuant to Texas Rule of Appellate Procedure 10.5(b). In support of this motion, Appellant shows the court the following:

### I.

Appellant was convicted by a jury of Driving While Intoxicated – 3rd on July 25, 2014. He was sentenced by the trial judge on August 29, 2014 to five (5) years probation.

### II.

Notice of Appeal was filed on September 5, 2014 in the trial court. After the clerk and court reporter's records were filed, court appointed counsel, William Baskette, failed to file a brief on Appellant's behalf. On March 10, 2015, the appeal was abated and remanded to the trial court for an abandonment hearing. On April 1, 2015, Appellant retained undersigned counsel. On April 10, 2015, Appellant's appeal was reinstated and his brief was ordered to be due on May 11, 2015.

1

## III.

Although this case has been delayed because of prior counsel's inaction on prosecuting the appeal, undersigned counsel is in need of additional time to review the records and research the issue and provide Appellant with a meaningful appeal. In addition to her regular trial docket, counsel was in court litigating pretrial matters in *State v. Cordero*, 2013-CR-9774; filed a Motion for New Trial in *State v. Hernandez*, 2014-CR-8901; was working on and has now filed a Petition for Discretionary Review in *Vise v. State*, PD-0272-15; litigated a motion to suppress issue in *State v. Alston*, 467337; and was attending a post-conviction innocence CLE in Orlando, Florida for two days.

Undersigned counsel is trying to complete the brief as soon as possible, however, she will be getting married in Cancun, Mexico and on her honeymoon from May 20th until May 29th. Because of her wedding, counsel is requesting just one extension of 45 days, but anticipates that the brief will be filed sooner.

Undersigned counsel has consulted with Lauren Scott from the Bexar County District Attorney's Appellate Section and she agrees to Appellant's motion for an extension.

WHEREFORE, Appellant prays the Court grants this first request and extend the time for filing his brief to Thursday June 25, 2015.

Respectfully Submitted:

__/s/Dayna L. Jones_____
DAYNA L. JONES
Bar No. 24049450
LAW OFFICE OF DAYNA L. JONES
1800 McCullough Avenue

San Antonio, Texas 78212
(210) 255-8525
(210) 223-3248 – FAX

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above foregoing Notice of Appearance has been

delivered *via* email to the Bexar County District Attorney's Office at:

Jeanette.canales@bexar.org

On May 7, 2015.

___/s/Dayna Jones_____
DAYNA JONES

| | | |
|---|---|---|
| **ALEX GONZALES,** | § | **FROM THE 186TH DISTRICT COURT** |
| **Appellant** | § | |
| | § | |
| **v.** | § | **BEXAR COUNTY, TEXAS** |
| | § | |
| **STATE OF TEXAS** | § | |
| **Respondent.** | § | **TRIAL COURT CAUSE NO. 2013-CR-7573** |

### ORDER ON APPELLANT'S FIRST
### MOTION FOR EXTENSION OF TIME TO FILE BRIEF

On this the _____ day of _____, 2015, came to be heard Appellee's First Motion

for Extension of Time to File his brief, and it appears to the court that this motion should be:

**GRANTED**                    **DENIED**

IT IS THEREFORE ORDERED that the time for filing Appellee's Brief in this cause be

extended to May _____, 2015.


_____
JUDGE PRESIDING

SIGNED THIS THE _____ DAY OF _____, 2015.